UNITED STATES DISTRICT COURT
NORTHERN DISTRIC OF ILLINOIS
EASTERN DIVISION

United States of America ex rel
WARREN SHAFFORD,

        Petitioner,        No. 11 C 3781

v.        Judge Ronald Guzman

RANDY J. DAVIS,
   current warden;

        Respondent.

PETITIONER'S MOTION FOR THE COURT
TO ENTER A JUDGMENT BY DEFAULT

Petitioner WARREN SHAFFORD, through his next-of-friend, moves this Court to enter a judgment by default in his favor and to further Order his unconditional release.

In support of this motion the Petitioner states:

1) Petitioner Shafford incorporates by reference his entitled "Petitioner's Motion to Strike Respondent's 'Second Motion for Extension of Time to File Response'" already on file in this proceeding.

2) The Respondent has appeared in these proceedings.

3) After the Petitioner was first compelled to respond to this Court's Rule to Show Cause, the Respondent was given 21 days to respond to the Petitioner's petition. The Respondent asked for a continuance of 30 days.

4) As of September 2, 2011, no responsive pleading from the Respondent has been filed. Without a Respondent's responsive pleading being on file, motioning for a judgment by default is the Petitioner's only available recourse.

5) The Respondent has exhibited bad-faith in failing to file a responsive pleading in this habeas corpus proceeding as ordered to do so in July 2011 but was granted a 30-day continuance to do so instead.

6) The amount of 30-days to file a responsive pleading in a habeas corpus proceeding is relatively generous in light of 28 USC sect. 2243's 3-day requirement to file a responsive pleading.

WHEREFORE Petitioner Shafford asks that this Honorable Court enter a judgment by default and to further Order his unconditional release forthwith and forever.

Respectfully Submitted,

*Warren Shafford*

Warren Shafford
Reg. No. R26030
Pinckneyville Corr Ctr
P.O. Box 999
Pinckneyville, Il. 62274

Prepared and researched by
Next-of-Friend

# PROOF OF SERVICE

I certify that on this __1__ day of __September 2011__ I mailed on entitled Petitioner's "MOTION FOR THE COURT TO ENTER A JUDGMENT BY DEFAULT" To the parties below using Prepaid Postage, a duly addressed envelope, and depositing the same in the Pinckneyville center mailing system.

To: Clerk of the Court
    U.S. District Court
219 S. Dearborn
Chicago, IL 60604

To: Illinois Attorney General
100 W. Randolph
Chicago, IL 60601

_Warren Shafford_
WARREN SHAFFORD